## IRL ROSE v. STATE.

No. A-8939.   Oct. 25, 1935.
Rehearing Denied Jan. 31, 1936.
(53 Pac. [2d] 1199.)

122

Morrill & Snodgrass, for plaintiff in error.

Mac Q. Williamson, Atty. Gen., and Smith C. Matson, Asst. Atty. Gen., for the State.

PER CURIAM. The plaintiff in error was convicted of the crime of manslaughter, and his punishment assessed at a term of four years in the state penitentiary.

A copy of the record and case-made was filed in this court on the 18th day of June, 1935. No brief has been filed in support of the defendant's assignment of errors.

A careful examination of the record fails to disclose any fundamental or prejudicial errors. The evidence is sufficient to support the verdict. The case is therefore affirmed.